**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MARGARET A. WHALEN,**                                                    **PLAINTIFF,**

**VS.**                                                    **CIVIL ACTION NO. 2:06CV94-P-A**

**THE KROGER COMPANY,**                                                    **DEFENDANT.**

**ORDER**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Summary Judgment [33] is **DENIED**; and

(2) Plaintiff's Motion to Strike and Exclude from Evidence the Affidavit of M. Leslie Davis and the Exhibits Attached Thereto [38] is **GRANTED**.

**SO ORDERED** this the 9th day of July, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE